AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ MAY 2 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES OF AMERICA

V.

Laroy Durden

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 06-742 (NG)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____s/NG_____
Signature of Judge

Nina Gershon, USDJ
Name and Title of Judge

April 30, 2007
Date